# MAGISTRATE JUDGE CRIMINAL MINUTES

| | | | |
|---|---|---|---|
| **DATE:** | June 8, 2010 | **JUDGE:** | Charles B. Day   **CTRM:** 2A |
| **TIME:** | 2:04pm-2:50 | **INTERPRETER:** | |
| **AUSA:** | David Salem/Deborah Johnston | **DFDT ATTORNEY:** | Kobie Flowers (Retained-Detention Hearing Only) |

**UNITED STATES OF AMERICA v.** Nader Modanlo

**CASE NO.** PJM 10-CR-295      **NO. OF COUNTS:** 10

**DFDT'S AGE:**                    **YEAR OF BIRTH:**

- ☒ **Initial Appearance**
- ☐ Arraignment
- ☐ Rule 5(c)(3) Hearing
- ☐ Sentencing
- ☐ Bail Review/Revocation Hearing
- ☐ Violation of Probation
- ☐ Violation of Supervised Release
- ☒ **Detention Hearing**
- ☐ Defendant Requested Speedy/Jury Trial

- ☐ Defendant to Retain Counsel
- ☐ Violation Notice
- ☒ **Indictment**
- ☐ Superseding Indictment
- ☐ Information
- ☐ Complaint
- ☐ Preliminary Hearing: _____
- ☐ Preliminary Hearing WAIVED
- ☐ Waived reading of indictment/superseding Indictment

Defendant arraigned and plead "NOT GUILTY" as to Count(s) _____

- ☒ **Defendant advised of rights to silence and counsel**
- ☐ Defendant temporarily detained pending detention hearing on __/__/__ @ ____
- ☐ Defendant detained by agreement
- ☐ Defendant ordered detained after detention hearing
- ☒ **FPD** / CJA appointed **as counsel** / Contribution Order
- ☐ Waiver of Rule 5(c)(3) Hearings
- ☐ Commitment To Another District
- ☒ **Order Setting Conditions of Release w/conditions**
- ☐ Medical Order for Treatment of Detainee entered
- ☐ Counsel advised to call or go to chambers for dates / given dates in court
- ☐ Case Unsealed

**Remarks Kobie Flowers appearing for Defendant as retained counsel ONLY for Initial/Detention Hearing; Judge Appointed Federal Public Defender for remainder of case.**

____ Days for Motions. Motions to be filed by ____

- ☐ Trial-Bench/Jury ____ day(s) / week(s). Trial week of ____
- ☒ **Pre-trial**/Probation **Officer** ____ Stephanie D'Amato ____
- ☐ Come-Up to U.S. Marshal
- ☒ **Minute entries docketed.**          **Deputy Clerk:** Camille Hatcher

Magistrate Judge Criminal Minutes (Rev. 4/1/2008)