

U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Southern Division*

---

*Rod J. Rosenstein*
*United States Attorney*

*David I. Salem*
*Assistant United States Attorney*

*400 United States Courthouse*
*6500 Cherrywood Lane*
*Greenbelt, MD 20770-1249*

*DIRECT: 301-344-4237*
*MAIN: 301-344-4433*
*FAX: 301-344-4516*
*TTY/TDD: 301-344-2426*

April 25, 2013

Lucius Outlaw, Esq.
Assistant Federal Public Defender
Tower II, 9th Floor
100 South Charles Street
Baltimore, Maryland 21201-2705

      Re: *United States v. Nader Modanlo,*
      Crim. No. PJM-10-0295

Dear Mr. Outlaw:

      This letter is to provide you with continuing discovery, pursuant to the Government's obligations under *Brady/Giglio.* I want to advise you that the undersigned, along with Special Agent Tonya Matney from the Department of Homeland Security and IRS Special Agent Meredith Louden, met in 2010 with Cyrus Nasseri. During the meeting we had with him, he discussed that Nader Modanlo and the Iranian Minister of Telecommunications had discussed Modanlo's assistance on a number of Iranian satellites, including the satellites known in Iran as Zoreh and Mesbah. Nasseri informed us that in or around 2000, Modanlo told him that he would not be able to help on the Mesbah satellite "because he had a big company in the United States and could not risk it." Please advise us in advance if you intend to call either of the agents to testify to this matter.

      I would like to remind you of the government's position that you may have received certain non-discoverable material, which in no way obligates the United States to provide all non-discoverable material or represents the existence or non-existence of any other non-discoverable materials.

Please contact me if you have any further questions.

Very truly yours,

Rod J. Rosenstein
United States Attorney

By: _____
David I. Salem
Stuart A. Berman
Assistant United States Attorneys