| | |
|---|---|
| **From:** | "Salem, David (USAMD)" <David.Salem@usdoj.gov> |
| **To:** | "Lucius Outlaw (Lucius_Outlaw@fd.org)" <Lucius_Outlaw@fd.org> |
| **Cc:** | "Berman, Stuart (USAMD)" <Stuart.Berman@usdoj.gov> |
| **Date:** | Thursday, April 25, 2013 06:11PM |
| **Subject:** | Discovery Matter |
| History: | ✣ This message has been forwarded. |

See attached. I consulted with the Court, which ordered this disclosure.

Attachments:

Discovery44.Nasseri.pdf