**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. PJM-10-0295** |
| | * | |
| **NADER MODANLO,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

**\*\*\*\*\*\*\***

**UNITED STATES' MEMORANDUM IN OPPOSITION TO**
**MOTION TO DISMISS THIRD SUPERSEDING INDICTMENT**
**AS BARRED BY ARTICLE IV OF THE CONSTITUTION**

Defendant Nader Modanlo has filed a "Motion to Dismiss the Third Superseding Indictment as Barred by Article IV of the Constitution," in which he claims that this federal criminal prosecution is barred by the full faith and credit clause of the Constitution, because "identical issues of ultimate fact" were resolved in Maryland state court proceedings. This vexatious pleading does not merit an extensive response. Without conceding in any way that the issues in the state court civil cases were identical or even similar to the issues in this federal court criminal case, the "dual sovereign" doctrine provides that neither double jeopardy nor collateral estoppel nor the full faith and credit clause precludes the United States from pursuing the current charges. *See, e.g., Heath v. Alabama*, 474 U.S. 82, 88-89 (1985).

The United States will gladly respond to any directive by the Court to submit a more detailed memorandum.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

_____/s/_____
David I. Salem
Stuart A. Berman
Assistant United States Attorneys

6406 Ivy Lane, Suite 800
Greenbelt, MD 20770
(301) 344-4433

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 28, 2013, I electronically filed the foregoing

pleading with the Clerk of Court using the CM/ECF System, which will electronically serve the

foregoing document on the following parties, who are registered CM/ECF users:

> Lucius Outlaw, Esq.
> Douglas Miller, Esq.
> Elizabeth G. Oyer, Esq.
> Assistant Federal Public Defenders
> Tower II, 9th Floor
> 100 South Charles Street
> Baltimore, Maryland 21201-2705

_____/s/_____
Stuart A. Berman
Assistant United States Attorney