# CRIMINAL MINUTES

DATE: May 28, 2013     JUDGE: Choose a Judge.

TIME: 9:50-9:55 (0/5)     REPORTER/FTR/CTRM: Marshall (4C)

AUSA: David Salem/ Stuart Berman     CRD: Peterson

AGENT:     INTERPRETER:

DFT'S ATY: Elizabeth Oyer/ Douglas Miller

UNITED STATES OF AMERICA v. NADER MODANLO

☒ Released on Conditions/PR     ☐ Detained/Remanded to USMS

DFDT'S AGE: 53     YEAR OF BIRTH:

CRIMINAL NO.:     NO. OF COUNTS: 1sss-11sss

- ☐ Initial Appearance
- ☒ **Arraignment**
- ☐ Rearraignment
- ☐ Sentencing
- ☐ Sentencing Hearing
- ☐ Violation of Probation
- ☐ Violation of Supervised Release
- ☐ Detention Hearing
- ☐ Appeal of Magistrate Judge's Decision

- ☐ Indictment
- ☒ **3rd Superseding Indictment**
- ☐ Information
- ☐ Superseding Information
- ☐ Motions Hearing
- ☐ Pretrial Conference
- ☐ WAIVER
- ☐ Other
- ☐ See Attached for List of Witnesses

Defendant arraigned and plead "NOT GUILTY" as to Count(s)  1sss – 11sss

Defendant arraigned/rearraigned and plead Guilty as to Count(s)

NOT GUILTY as to Count(s)     which was/were accepted by the Court.

☐ Defendant found not to be in violation of probation/supervised release.

Sentencing Date:

REMARKS:

Oral Motion of AUSA in open court to DISMISS Count(s)     which was accepted by the Court.

- ☐ Defendant advised of Right of Appeal.
- ☐ Imposition of Sentence Suspended pending PSI.
- ☐ ___ Days for Motions.  Motion to be filed by
- ☐ Trail-Bench/Jury ___ day(s).  Trial week of
- ☐ Pretrial Officer     ☒ Probation Officer  NONE PRESENT
- ☒ Minute entries docketed.