UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA * 
 *
v. * CRIMINAL NO. PJM-10-0275
 *
NADER MODANLO *
 *
Defendant *
 *
*******

# VERDICT FORM

## COUNT ONE

1. As to **COUNT ONE** of the Third Superseding Indictment (conspiracy to defraud the United States and to violate International Emergency Economic Powers Act), how do you find the defendant **NADER MODANLO**?

    Guilty ___✓___    Not Guilty _____

    If you find the defendant **NADER MODANLO** guilty as to Count One, please check all objects of the conspiracy which you have unanimously found to have been proven:

    Defraud United States: _____ Yes   ___✓___ No

    Conduct transaction to evade/avoid
    Iranian Transaction Regulation _____ Yes   ___✓___ No

    Export services to Iran/
    Government of Iran _____ Yes   ___✓___ No

    Brokering export of services
    to Iran/Government of Iran ___✓___ Yes   _____ No

## COUNT TWO

2. As to **COUNT TWO** of the Third Superseding Indictment (violation of International Emergency Economic Powers Act, April 2002 to January 2006, relating to Prospect Telecom), how do you find the defendant **NADER MODANLO**?

   Guilty _____          Not Guilty _____

## COUNT THREE

3. As to **COUNT THREE** of the Third Superseding Indictment (violation of International Emergency Economic Powers Act, December 2001 to October 2005, relating to exporting telecommunications services to Iran and Government of Iran), how do you find the defendant **NADER MODANLO**?

   Guilty ____✓_____          Not Guilty _____

## COUNT FOUR

4. As to **COUNT FOUR** of the Third Superseding Indictment (violation of International Emergency Economic Powers Act, December 2001 to October 2005, relating to brokering export of telecommunications services to Iran and Government of Iran), how do you find the defendant **NADER MODANLO**?

   Guilty ____✓_____          Not Guilty _____

## COUNT FIVE

5. As to **COUNT FIVE** of the Third Superseding Indictment (money laundering, June 7, 2002, relating to Prospect Telecom funds transfer to NYSI), how do you find the defendant **NADER MODANLO**?

   Guilty ____✓_____          Not Guilty _____

## COUNT SIX

6. As to **COUNT SIX** of the Third Superseding Indictment (money laundering, June 13, 2002 payment of $175,000 from NYSI to FACS, how do you find the defendant **NADER MODANLO**?

   Guilty ____✓_____          Not Guilty _____

## COUNT SEVEN

7. As to **COUNT SEVEN** of the Third Superseding Indictment (money laundering, June 18, 2002 payment of $725,000 from NYSI to FACS, how do you find the defendant **NADER MODANLO**?

   Guilty ✓   Not Guilty _____

## COUNT EIGHT

8. As to **COUNT EIGHT** of the Third Superseding Indictment (money laundering, September 5, 2002 payment of $900,000 from NYSI to FACS, how do you find the defendant **NADER MODANLO**?

   Guilty ✓   Not Guilty _____

## COUNT NINE

9. As to **COUNT NINE** of the Third Superseding Indictment (money laundering, January 16, 2003 payment of $150,000 from NYSI to account at Bank of Moscow, how do you find the defendant **NADER MODANLO**?

   Guilty ✓   Not Guilty _____

## COUNT TEN

10. As to **COUNT TEN** of the Third Superseding Indictment (money laundering, January 21, 2003 payment of $650,000 from NYSI to account at Savings Bank of the Russian Federation, how do you find the defendant **NADER MODANLO**?

    Guilty ✓   Not Guilty _____

## COUNT ELEVEN

11. As to **COUNT ELEVEN** of the Third Superseding Indictment (obstruction of bankruptcy proceedings, August 2005 to November 2007), how do you find the defendant **NADER MODANLO**?

    Guilty ✓   Not Guilty _____

If you find the defendant **NADER MODANLO** guilty as to Count Eleven, please check all official proceedings as to which you have unanimously found obstruction of official proceedings to have been proven:

| Date | Yes | No |
|---|---|---|
| September 12, 2005 | ✓ |  |
| December 20, 2005 |  | ✓ |
| December 21, 2005 | ✓ |  |
| April 20, 2006 |  | ✓ |
| August 1, 2006 |  | ✓ |
| November 27, 2007 | ✓ |  |

The foregoing constitutes the unanimous verdict of the jury.

_10 JUN 13_
DATE

**REDACTED SIGNATURE**