UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0627

December 5, 2013

James J. McGuire, Esq.
Mark A. Berube, Esq.
Mishcon De Reya New York LLP
200 Park Avenue 44th Floor
New York, New York 10166

Stuart A. Berman, AUSA
David I. Salem, AUSA
Office of the United States Attorney
United States Courthouse
Greenbelt, Maryland 20770

FILED ___ ENTERED
___ LODGED ___ RECEIVED

DEC 0 6 2013

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEP

Re: United States v. Nader Modanlo
Case No. PJM 10-0295

Dear Counsel:

    I briefed Judge Messitte on the hearing held on October 24, 2013 and the documents submitted both at the hearing and afterwards concerning the United States' Motion for a Hearing to Determine Whether a Contribution Should Be Entered Pursuant to 18 U.S.C. § 3006A(f) (ECF No. 417). As a result of my discussion with Judge Messitte, I have been directed to obtain additional information concerning two matters.

    The first matter concerns tax return information. Mr. McGuire provided me with Nader and Rona Modanlo's federal and state income tax returns for 2008, 2009, 2010, 2011, and 2012. No income taxes were paid in each of the five years due to net operating losses[1] that offset all taxable income. The returns contain no explanation of the origin, size and duration of the net operating losses. I request Mr. Modanlo's counsel provide me with documentation supporting the net operating losses by December 19, 2013. If sufficient documentation cannot be provided, Judge Messitte has suggested I hold an additional hearing and summon for testimony and document production Steven D. Bull of Bull & Shams-Azar, PA of Bethesda, Maryland who prepared the returns in each of the five years.

    The second matter concerns a possible inheritance by Mr. Modanlo from his father, Khorsrow Modanlo, who died in Iran in April 2013. Judge Messitte believes the information that

---

[1] 2008 wages of $91,986; net operating loss of -$780,617
2009 wages of $90,320; net operating loss of -$730,705
2010 wages of $88,202; net operating loss of -$667,017
2011 wages of $103,072; net operating loss of -$611,439
2012 wages of $116,807; net operating loss of -$543,324

the court has received concerning any possible inheritance is unsatisfactory. He wants to know if the father was survived by his wife, the exact date of the father's death and the specific location in Iran where the father died, whether there was a will or other testamentary disposition document left by the father, and if a will or other testamentary disposition document exists, Judge Messitte wants a copy produced to the court. Judge Messitte also wants to know the name and address of the public official/agency in Iran where any will or other testamentary disposition document of the father would be filed. I have been directed to locate independently an individual or source of knowledge concerning the distribution of assets of a decedent in Iran to aid the court in its work. I request Mr. Modanlo's counsel provide me with the requested information by December 19, 2013.

      I am available to answer any questions or requests for additional information that you may have.

      Sincerely,

      *William Connelly*
      William Connelly
      United States Magistrate Judge