UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770
301-344-0632

MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: United States v. Modanlo, Crim. No. 10-0295

DATE: December 30, 2013

******

The Court is in receipt of defense counsel's letter, dated December 23, 2013, seeking clarification of the conditions of Modanlo's current release contained in the Modified Order Setting Conditions of Release (Paper No. 501). This Memorandum serves as a clarification of that Order.

Defense counsel indicates that, because the Court check-marked ¶ 8(t)(iii) ("submit to a location monitoring program (iii) restricted to the residence except for medical purposes, court appearances, or other activities specifically approved by the court. May travel to Baltimore"), confusion has arisen as to whether Modanlo is required to seek the Court's approval (as opposed to only pre-trial services' approval) each time he intends to leave his house for non-medical purposes.

Defense counsel is correct that Modanlo does not need to seek Court approval for travel within the 50 mile radius of Washington, D.C. and Baltimore. Modanlo may, with prior permission from pre-trial services, leave his house and travel within the 50 mile radius specified in the Modified Order Setting Conditions of Release (Paper No. 501). Further, notwithstanding the clarification of ¶ 8(t)(iii)'s requirement, all conditions of release in the Order Setting Conditions of Release (Paper No. 501) remain in effect.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc: Court File