IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| | * | Crim. No.   PJM 10-295 |
| v. | * | |
| | * | |
| NADER MODANLO | * | |
| | * | |
| Defendant. | * | |

## MEMORANDUM OPINION AND ORDER

Having considered the Government's Motion for Correction or Modification of the District Court Record Through Ex Parte Submission (Paper No. 568), and Defendant's Opposition hereto, the Court finds that the Government should submit, *ex parte*, its summary of the classified *ex parte* briefing provided to this Court on April 29, 2013 (the "Summary").

The Court is not prepared at this time to grant Defendant's counsel access to the Summary. Inasmuch as the Court of Appeals will be reviewing the actual Summary, this Court feels it would be appropriate for the Fourth Circuit to determine whether Defendant's counsel should have access to the Summary.

With these caveats in mind, the Court **GRANTS** the Government's Motion for Correction or Modification of the District Court Record Through Ex Parte Submission, subject to this Court's review and approval of the Summary.

So ordered this 12th day of December 2014.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

1